# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 05, 2013

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

      RE:  13-8030  David Stebbins v. Boone County, AR

Dear Mr. Stebbins:

      A petition for permission to appeal has been filed under the caption and miscellaneous case number shown above.

      The Clerk of the United States District Court is being notified of the filing of the petition. If the petition is granted, petitioner must pay the district court all required fees. Please refer to Federal Rule of Appellate Procedure 5 and the applicable statutory sections for further guidance and information.

                        Michael E. Gans
                        Clerk of Court

BNS

Enclosure(s)

cc:     Mr. Christopher R. Johnson
         Mr. Jason E Owens
         Mr. Geoffrey Thompson

       District Court/Agency Case Number(s):   3:12-cv-03022-PKH

**Caption For Case Number: 13-8030**

David Anthony Stebbins

    Petitioner

v.

Boone County, Arkansas

    Respondent

**Addresses For Case Participants:   13-8030**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Mr. Jason E Owens
RAINWATER & HOLT
6315 Ranch Drive
P.O. Box 17250
Little Rock, AR  72222-7250

Mr. Geoffrey Thompson
RAINWATER & HOLT
6315 Ranch Drive
P.O. Box 17250
Little Rock, AR  72222-7250