# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**DAVID STEBBINS**                                                    **APPELLANT**

**VS.**                                   **CASE NO. 13-8030**

**BOONE COUNTY, AR**                                     **APPELLEE**

## EMERGENCY MOTION FOR STAY OF PROCEEDINGS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for stay of proceedings in the District Court until this appeal is resolved.

1. Appellant only has until tomorrow to comply with the order that is subject to this interlocutory appeal. See Document #98 in the District Court case.

2. To enforce the order even while its appeal was pending would defeat the very purpose of filing an interlocutory appeal in the first place; remember, this issue is unreviewable if immediate appeal is not allowed.

3. Appellant filed a motion to stay proceedings in the District Court, but this motion has not been ruled on yet. See Document #99 in the District Court case.

4. Because time is of the essence, Appellant cannot simply wait patiently while the District Court takes forever and a day to rule on its Motion for Stay. Appellant has to come to this Court for assistance.

5. Also because time is of the essence (and also because your Clerks were slow as Christmas in actually filing this case and giving it a case number, so that Appellant would actually be physically *capable* of making this motion), Appellant seeks emergency expedition of this motion. This motion *must* be ruled on before the close of business today, otherwise there is no point.

6. Appellant asks that this Court issue one of the following two orders:

(a) The order granting Defendant's Motion to Compel Discovery be stayed until this appeal is resolved and mandate is issued, or

(b) That the Defendant, despite having the release form signed by Appellant, be ordered to not use it for any purpose – including drawing Appellant's medical records – until this appeal is resolved and mandate issued forthwith.

7. Wherefore, premises considered, Appellant respectfully requests that either of the above-two reliefs be granted before the close of business today.

/s/ David Stebbins<br>
David Stebbins<br>
123 W. Ridge St.,<br>
APT D<br>
Harrison, AR 72601<br>
870-204-6516<br>
stebbinsd@yahoo.com